IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIHRETU BULTI DASISA,

    Plaintiff,                    No. CIV S-05-2260 GEB KJM PS

    vs.

CALIFORNIA STATE UNIVERSITY,

    Defendant.                <u>ORDER</u>

_____/

        By order filed December 12, 2005, plaintiff's complaint was dismissed with leave to amend. Plaintiff then filed an interlocutory appeal. On February 23, 2006, plaintiff's interlocutory appeal was dismissed for lack of jurisdiction.

        Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the December 12, 2005 order. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

06 dasisa.lta-int