IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIHRETU BULTI DASISA,

    Plaintiff,                   No. CIV S-05-2260 GEB KJM PS

    vs.

CALIFORNIA STATE UNIVERSITY,

    Defendant.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 1, 2006, plaintiff was granted thirty days in which to file an amended complaint that complied with the court's December 12, 2005 order. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2 (9th Cir. 1991).
3 DATED: June 19, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Dasisa2260.fta